MARY E. STEINREICH, Respondent, *v.* KENNETH P. STEINREICH, Appellant.

(Argued March 12, 1936; decided April 14, 1936.)

*Archibald R. Watson, J. Bertram Wegman* and *Jesse Climenko* for appellant.

*Louis D. Frohlich* and *Nathan Burkan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Dissenting: CROUCH, J.